IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HYDRAFLOW INDUSTRIES LIMITED,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-03661

Judge Sharon Johnson Coleman

Magistrate Judge Susan E. Cox

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 24 | Amazing Top Deals |
| 14 | BewthU |
| 7 | Shop3667080 Store |
| 96 | cnstore88 |
| 186 | yang-14 |
| 98 | eastauspicious |
| 75 | Ancheer |
| 174 | xufenfenhe |
| 339 | MAGICSURVE |
| 80 | Healthy_living |
| 123 | racedigital |
| 65 | Yxw104187786 |
| 4 | Henan Ocean Power Homewares Co., Ltd. |
| 42 | HOLLEuu |
| 61 | Lome1210 |

DATED: August 24, 2020                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
111 West Jackson Boulevard, Suite 1700
Chicago, Illinois 60604
Telephone: 312-675-6079
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on August 24, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                                      */s/ Keith A. Vogt*
                                                                      Keith A. Vogt